**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

JOMIKA McCAULEY,

      Plaintiff,

vs.

COMMISSIONER OF SOCIAL
SECURITY

      Defendant.
_____/

CIVIL NO.: 20-CV-13069
HON. ROBERT H. CLELAND

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

This matter is before the court on the parties' cross motions for summary judgment. The case was referred to United States Magistrate Judge Patricia T. Morris pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72.1.  The magistrate judge issued her report on November 17, 2021  recommending that this court  Grant  Plaintiff's Motion for Summary Judgment [Dkt #22], Grant the Commissioner's Motion for Remand [Dkt # 23]  and remand the case to the Commissioner under sentence four of 42 U.S.C. § 405(g) for further proceedings  No objections have been filed pursuant to 28 U.S.C. §636(b)(1)(C); thus further appeal rights are waived.[1]

Accordingly, the court ADOPTS the recommended findings and conclusions of the Magistrate Judge.

---

[1] The failure to object to the magistrate judge's report releases the court from its duty to independently review the motion. See _Thomas v. Arn_, 474 U.S. 140,149 (1985).

**ORDER**

IT IS ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, the Plaintiff's Motion for Summary Judgment [Dkt #22] is **GRANTED**, Defendant's Motion for Remand [Dkt #23] is **GRANTED** and this matter is **REMANDED** for further proceedings.

IT IS SO ORDERED.

     S/Robert H. Cleland
ROBERT H. CLELAND
UNITED STATES DISTRICT JUDGE

Dated: December 10, 2021

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, December 10, 2021, by electronic and/or ordinary mail.

     S/Lisa Wagner
Case Manager and Deputy Clerk
(810) 292-6522