UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**JOMIKA DONNETTE MCCAULEY,**

                Plaintiff,

Civil No.: 3:20-cv-13069

Robert H. Cleland
United States District Judge

Patricia T. Morris
United States Magistrate Judge

v.

Motion for Attorney's
Fees Pursuant to the
Equal Access to Justice
Act, 28 U.S.C. § 2412 (West)

**COMMISSIONER OF SOCIAL SECURITY,**

                Defendant.

**Order for Attorney's
Fees Pursuant to the
Equal Access to Justice
Act, 28 U.S.C. § 2412 (West)**

Before the Court is the Motion of Plaintiff, Jomika Donnette McCauley, for award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d). Based on the pleadings as well as the position of the defendant commissioner, if any, and recognizing the Plaintiff's waiver of direct payment and assignment of EAJA to her counsel,

IT IS HEREBY ORDERED that **attorney fees and expenses** in the total amount of Six Thousand Two Hundred Twenty-Two Dollars and Twenty-Five Cents ($6,222.25) pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) are awarded to Plaintiff. *Astrue v. Ratliff*, 130 S.Ct. 2521 (2010).

If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to offset allowed under the Department of the Treasury's Offset Program (TOPS), then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Howard D. Olinsky.

Whether the check is made payable to Plaintiff or to Plaintiff's attorney, Howard D. Olinsky, the check shall be mailed to the following address:

Olinsky Law Office
250 S Clinton St Ste. 210
Syracuse, NY 13202

So ordered.

Date: March 10, 2022               _s/Robert H. Cleland
                                   Robert H. Cleland
                                   United States District Judge

[Proposed Order proffer: Howard D. Olinsky; copy to Molly E. Carter]