UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Jomika M.,

          Plaintiff,

v.

Commissioner of Social Security,

          Defendant.

Case No. 20-13069

Judith E. Levy
United States District Judge

Mag. Judge Patricia T. Morris

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION [37] AND DENYING MOTION FOR ATTORNEY FEES [30]

Before the Court is Magistrate Judge Patricia T. Morris's Report and Recommendation recommending the Court deny Plaintiff's counsel's motion for attorney fees under 42 U.S.C. § 406(b). (ECF No. 37.) The parties were required to file specific written objections, if any, within 14 days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. L.R. 72.1(d). No objections were filed. The Court has nevertheless carefully reviewed the Report and Recommendation and concurs in the reasoning and result.

Accordingly, the Report and Recommendation (ECF No. 37) is ADOPTED.

Plaintiff's counsel's motion for attorney fees under 42 U.S.C. § 406(b) (ECF No. 30) is DENIED.[1]

The Commissioner of Social Security is DIRECTED to promptly disburse any remaining funds withheld from past-due benefits to Plaintiff Jomika M. and her minor child, L.R.S.

IT IS SO ORDERED.

Dated: April 26, 2024       s/Judith E. Levy
Ann Arbor, Michigan      JUDITH E. LEVY
     United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or first-class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 26, 2024.

     s/William Barkholz
     WILLIAM BARKHOLZ
     Case Manager

---

[1] By failing to object to the Report and Recommendation, the parties have forfeited any further right of appeal. *United States v. Wandahsega*, 924 F.3d 868, 878 (6th Cir. 2019); *see also Berkshire v. Beauvais*, 928 F.3d 520, 530 (6th Cir. 2019).